# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

THOMAS RICHARD DI BARTELO,

    Plaintiff,

v.

ALEX SCOTT, et al.,

    Defendants.

Case No. EDCV 12-00259-DSF (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation.

    IT IS ORDERED:

    1. All claims against the State of California are **DISMISSED** with prejudice.

    2. All claims against Defendants Scott, Tompkins, Talbot and Valverde, in their official capacities, are **DISMISSED** with prejudice.

    3. Plaintiff's claim against Defendant Scott under 5 U.S.C. § 558(b) is **DISMISSED** with prejudice.

//

//

4. Plaintiff's 42 U.S.C. § 1983 claim for violation of his constitutional right to travel against Defendants Talbott and Valverde is **DISMISSED** with prejudice.

5. Plaintiff's claims under 42 U.S.C. §§ 1985(3) and 1986 are **DISMISSED** with prejudice, as Plaintiff has failed to file a first amended complaint within 21 days of the Report and Recommendation, as ordered by the magistrate judge.

Dated: 8/6/12 _____

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge