**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| THOMAS RICHARD DI BARTELO, | Case No. EDCV 12-00259-DSF (MLG) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| ALEX SCOTT, et al., | |
| Defendant. | |

Plaintiff filed this *pro se* civil rights action on February 21, 2012. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the complaint, and the plaintiff can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the court's own initiative with notice to the plaintiff. The 120 days in which to effect service expired on June 20, 2012. Five of the Defendants waived service. However, service was not waived by Defendants Sharon Barksdale, Edmund G. Brown, and Peggy Jimenez. Although Plaintiff claims to have served those three defendants by certified mail, that is not an authorized means of

service under Fed.R.Civ.P. 4(e) or Cal. Code Civ. P. § 415.30.

IT IS ORDERED that on or before **August 28, 2012**, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to properly serve Defendants Barksdale, Brown, and Jimenez within the required time period or shall demonstrate that service was legally effected upon the Defendants within the 120-day time limit. If Plaintiff fails to respond to this order within the time specified, she will be deemed to have consented to a dismissal of this action for failure to effect service and failure to prosecute.

Dated: August 8, 2012

_____
Marc L. Goldman
United States Magistrate Judge